▪ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY McCULLOUGH, Appellant. [705 NYS2d 923] —Judgment unanimously affirmed (*see, People v Eades,* 269 AD2d 857). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Grand Larceny, 3rd Degree.) Present—Pigott, Jr., P. J., Green, Pine, Hayes and Hurlbutt, JJ.

▪ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT WINDRUM, Appellant. [705 NYS2d 923] —Judgment unanimously affirmed (*see, People v Nelli,* 259 AD2d 1046, *lv denied* 93 NY2d 927). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Possession Marihuana, 1st Degree.) Present—Pigott, Jr., P. J., Green, Pine, Hayes and Hurlbutt, JJ.